IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)

| | |
|---|---|
| SHANI LAFEVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | |
| EXPERIAN INFORMATION ) | 5:12-cv-00591-IPJ |
| SOLUTIONS, INC., *et al,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Shani LaFever ("Ms. LaFever"), by and through her undersigned counsel of record, and files her Notice of Settlement with the following defendants: Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union, LLC. A Motion for Dismissal With Prejudice will be forthcoming after the plaintiff receives the settlement monies from above-named defendants.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone:  205-747-1907
Facsimile:  205-930-9054

1

## Certificate of Service

I hereby certify that on the 18th day of May 2012, I served the foregoing Noitce of Settlement on all counsel of record by filing the same with the CM/ECF system which will provide electronic notice to all counsel of record, including:

Phil J. Carroll
Ethan Tidmore
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama  35203
*Representing University of Phoenix, Inc.*

Sara Anne Ford
Brian P. Kappel
Lightfoot, Franklin & White, LLC
400 20th Street North
Birmingham, Alabama 35203
*Representing Fed Loan Servicing*

                                      **s/ Micah S. Adkins**
                                      Of Counsel