# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| SHANI LAFEVER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 12-J-0591-NE |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff having filed motion for dismissal of Equifax Information Services, LLC with prejudice (doc. 39), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED, and plaintiff's complaint against defendant Equifax Information Services, LLC is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

**DONE** and **ORDERED** this 4th day of June 2012.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE