FILED
2012 Jun-16 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)

| | | |
|---|---|---|
| SHANI LAFEVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al,* | ) ) | 5:12-cv-00591-IPJ |
| | | |
| Defendants. | | |

## PLAINTIFF'S MOTION FOR DISMISSAL OF
## EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE

COMES NOW, Plaintiff, Shani LaFever, by counsel, and files this Motion to Dismiss Experian Information Solutions, Inc. ("Experian"), With Prejudice, and shows:

1. Plaintiff desires to dismiss this proceeding at this time as against Experian only and requests an order from the Court to that effect because the issues between Plaintiff and Experian have been settled and resolved.

2. Plaintiff's claims against the remaining defendants remain before the Court.

3. Each party to bear its own costs and attorneys' fees.

1

WHEREFORE, Plaintiff prays that the Court grant the above-motion and that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone:   205-747-1907
Facsimile:   205-930-9054

### Certificate of Service

I hereby certify that on the 16th day of June 2012 I served the foregoing Motion by filing the same with the CM/ECF electronic filing system which will electronically serve the same on all counsel of record.

s/ Micah S. Adkins
Of Counsel