FILED
2012 Jun-18 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| SHANI LAFEVER, | ) |
| Plaintiff, | ) |
| vs. | )   CV 12-J-0591-NE |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff having filed motion for dismissal of defendant Experian Information Solutions, Inc. (doc. 42), and the court having considered said motion and being of the opinion it is due to be granted,

It is therefore ORDERED that said motion is GRANTED. Plaintiff's claims against defendant Experian Information Solutions, Inc. are DISMISSED WITH PREJUDICE, each party to bear its own costs.

**DONE** and **ORDERED** this 18th day of June 2012.



INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE