# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

SHANI LAFEVER,

    Plaintiff,

vs.                                      CASE NO. CV-12-J-591-NE

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

The plaintiff having filed a motion for dismissal of Trans Union LLC (doc. 44), and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that the plaintiff's claims against defendant Trans Union LLC are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs.

**DONE** and **ORDERED** this the 17th day of July, 2012.

                                                INGE PRYTZ JOHNSON
                                                U.S. DISTRICT JUDGE