FILED

2012 Sep-04  PM 02:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)

| | | |
|---|---|---|
| SHANI LAFEVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | |
| EXPERIAN INFORMATION | ) | 5:12-cv-00591-IPJ |
| SOLUTIONS, INC., *et al,* | ) | |
| | | |
| Defendants. | | |

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff, Shani LaFever ("Ms. LaFever"), by and through her undersigned counsel of record, and files her Notice of Settlement with Defendant Pennsylvania Higher Education Assistance Agency d/b/a Fed Loan Servicing (only).  A Motion for Dismissal With Prejudice will be forthcoming after the above-named parties execute the necessary settlement papers.  Ms. LaFever's claims against University of Phoenix remain before the Court.

Dated:        September 4, 2012

**s/ Micah S. Adkins**
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120

Birmingham, Alabama 35205-4008
Telephone:  205-747-1907
Facsimile:   205-930-9054
Email:        madkins@bhflegal.com

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of September 2012, I served the foregoing notice by filing the same using the CM/ECF system, which will provide electronic notice of same to all counsel of record.

**s/ Micah S. Adkins**
Of Counsel