FILED

2012 Oct-31  PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **SHANI LAFEVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **CV-12-J-0591-NE** |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE UNIVERSITY OF PHOENIX, INC.

Plaintiff Shani LaFever and defendant The University of Phoenix, Inc. hereby jointly stipulate to the dismissal with prejudice of all claims in this action against The University of Phoenix, Inc., each party to bear her or its own costs.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins, Esq.
Burke, Harvey & Frankowski, LLC
2151 Highland Avenue, Suite 120
Birmingham, AL 35205-4008
*Attorney for Plaintiff Shani LaFever*

 s/ Ethan T. Tidmore
Ethan T. Tidmore, Esq.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
*Attorney for Defendant*
*The University of Phoenix, Inc.*

<u>CERTIFICATE OF SERVICE</u>

The following was served by electronic filing on October 31, 2012, to all counsel of record:


s/ Ethan Tidmore
OF COUNSEL