

FILED
2012 Oct-31  PM 01:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)

| | | |
|---|---|---|
| SHANI LAFEVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number: |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al,* | ) ) | 5:12-cv-00591-IPJ |

Defendants.

---

**PLAINTIFF'S MOTION FOR DISMISSAL OF
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY
D/B/A FED LOAN SERVICING WITH PREJUDICE**

---

COMES NOW, Plaintiff, Shani LaFever, by counsel, and files this Motion to Dismiss Pennsylvania Higher Education Assistance Agency d/b/a Fed Loan Servicing ("Fed Loan"), With Prejudice, and shows:

1. Plaintiff desires to dismiss this proceeding at this time as against Fed Loan only and requests an order from the Court to that effect because the issues between Plaintiff and Fed Loan have been settled and resolved.

2. Plaintiff's claims against the remaining defendant remains before the Court.

3. Each party to bear its own costs and attorneys' fees.

WHEREFORE, Plaintiff prays that the Court grant the above-motion and that the Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/ Micah S. Adkins
Micah S. Adkins (ASB-8639-I48A)
**BURKE, HARVEY & FRANKOWSKI, LLC**
One Highland Place
2151 Highland Ave, Suite 120
Birmingham, Alabama 35205-4008
Telephone:   205-747-1907
Facsimile:   205-930-9054

## Certificate of Service

I hereby certify that on the 31st day of October 2012 I served the foregoing Motion by filing the same with the CM/ECF electronic filing system which will electronically serve the same on all counsel of record.

s/ Micah S. Adkins
Of Counsel