### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

SHANI LAFEVER,

    Plaintiff,

vs.                                               CASE NO. CV-12-J-591-NE

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.

### ORDER

Plaintiff and defendant The University of Phoenix having filed a joint stipulation of dismissal (doc. 53) and the court having considered said stipulation and being of the opinion the same should be approved;

It is therefore **ORDERED** by the court that said stipulation is **APPROVED.**

The plaintiff having filed a motion for dismissal of Pennsylvania Higher Education Assistance Agency d/b/a Fed Loan Servicing (doc. 54) and the court having considered said motion and being of the opinion said motion is due to be granted;

It is therefore **ORDERED** by the court that said motion be and hereby is **GRANTED**.

The court noting said rulings resolve the remaining claims, this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this the 1st day of November, 2012.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE